UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KENNETH P. QUINLAN,

    Plaintiff,

vs.                                                        CASE NO. 5:08cv167/RS/MD

PERSONAL TRANSPORT
SERVICES CO., LLC., et al.

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 7), and Plaintiff's Objection to the Honorable Magistrate's Proposed Findings & Recommendations (Doc. 8). I have considered Plaintiff's objections de novo.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 7) is adopted and incorporated by reference in this Order.

2. This case is dismissed because of failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. This case is dismissed without prejudice.

4. The clerk is directed to close the file.

**ORDERED** on July 3, 2008

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**